**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,                                                          PLAINTIFF
*ex rel.* JOHN THOMAS

v.                                                  No. 4:06CV00465 JLH

PATRICK D.S. CHAN, M.D.; *et al*.                                                  DEFENDANTS

## ORDER

Pending before the Court is a motion for admission *pro hac vice* of Janet Goldstein of the law

firm The Martyn Firm, PLLC, and Robert Vogel and Shelley Slade of the law firm of Vogel and

Slade, LLC.  The motion is GRANTED.  Ms. Goldstein, Mr. Vogel and Ms. Slade are admitted to

the bar of this Court for the limited purpose of representing John Thomas in this action.

IT IS SO ORDERED this 13th day of July, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE