IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ex rel*
JOHN THOMAS.                                                                              PLAINTIFFS

vs.                                      No. 4:06-CV-000465 JLH

BLACKSTONE MEDICAL, INC.;
ORTHOFIX INTERNATIONAL, N.V.;
MICHAEL M. BAILEY;
BAILEY MANAGEMENT GROUP, INC.;
FOUNDATION FOR ORTHOPEDIC AND SPINE
EDUCATION AND RESEARCH;
INNOVATIVE HEALTH SOLUTIONS, INC.;
MOTIONTEK, INC.;
OMNI360, LLC;
OMNI360 MANAGEMENT, INC.; and
SYNTHES, INC.                                                                             DEFENDANTS

## ORDER

In an order dated February 28, 2008, the Court stated that after Relator's motion for leave to amend his complaint is filed, the Court would enter an order ruling on Relator's motion to depose Dr. Patrick Chan. Since Relator has filed his motion for leave to amend on this date, Relator's Motion for Permission to Depose Patrick Chan and to Serve Him with a Subpoena Duces Tecum Prior to Rule 26(f) Conference, filed on January 7, 2008, is hereby granted.

IT IS SO ORDERED this 2nd day of April, 2008.

_____
HONORABLE J. LEON HOLMES