IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,     PLAINTIFF
*ex rel.* JOHN THOMAS

v.     No. 4:06CV00465 JLH

MICHAEL M. BAILEY; BAILEY
MANAGEMENT GROUP, INC.;
FOUNDATION FOR ORTHOPEDIC AND
SPINE EDUCATION AND RESEARCH;
INNOVATIVE HEALTH SOLUTIONS, INC.;
MOTIONTEK, INC.; BLACKSTONE MEDICAL, INC.;
OMNI360 LLC; and OMNI360 MANAGEMENT, INC.     DEFENDANTS

## ORDER STAYING PROCEEDINGS

The parties' Joint Motion to Stay Proceedings is GRANTED. Document #290. Proceedings in this matter will be suspended and held in abeyance for a period of six months from entry of this Order. The Final Scheduling Order is hereby vacated, and all pending motions are denied without prejudice.

IT IS SO ORDERED this 10th day of May, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE