IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JOHN THOMAS | | PLAINTIFF |
| v. | No. 4:06CV00465 JLH | |
| MICHAEL M. BAILEY; BAILEY<br>MANAGEMENT GROUP, INC.;<br>FOUNDATION FOR ORTHOPEDIC AND<br>SPINE EDUCATION AND RESEARCH;<br>INNOVATIVE HEALTH SOLUTIONS, INC.;<br>MOTIONTEK, INC.; BLACKSTONE MEDICAL, INC.;<br>OMNI360 LLC; and OMNI360 MANAGEMENT, INC. | | DEFENDANTS |

**ORDER STAYING PROCEEDINGS**

IT IS ORDERED, based on the parties' Joint Motion to Stay Proceedings, that proceedings in this matter be suspended and held in abeyance until December 17, 2010.

DATED this 19th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE