IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,                                                          PLAINTIFF
*ex rel.* JOHN THOMAS

v.                                    No. 4:06CV00465 JLH

MICHAEL M. BAILEY; BAILEY
MANAGEMENT GROUP, INC.;
FOUNDATION FOR ORTHOPEDIC AND
SPINE EDUCATION AND RESEARCH;
INNOVATIVE HEALTH SOLUTIONS, INC.;
MOTIONTEK, INC.; BLACKSTONE MEDICAL, INC.;
OMNI360 LLC; and OMNI360 MANAGEMENT, INC.                                          DEFENDANTS

## ORDER STAYING PROCEEDINGS

IT IS ORDERED, based on the parties' Joint Motion to Stay Proceedings, that proceedings in this matter be suspended and held in abeyance until February 4, 2011.

DATED this 20th day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE