# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA,  PLAINTIFF
*ex rel.* JOHN THOMAS

v.  No. 4:06CV00465 JLH

MICHAEL M. BAILEY; BAILEY
MANAGEMENT GROUP, INC.;
FOUNDATION FOR ORTHOPEDIC AND
SPINE EDUCATION AND RESEARCH;
INNOVATIVE HEALTH SOLUTIONS, INC.;
MOTIONTEK, INC.; BLACKSTONE MEDICAL, INC.;
OMNI360 LLC; and OMNI360 MANAGEMENT, INC.  DEFENDANTS

## ORDER

Without objection, the plaintiff's motion to extend stay of proceedings is GRANTED. Document #296. The proceedings in this matter are hereby suspended and held in abeyance until the settlement agreement has been formally drafted, approved by the Department of Justice, and submitted to this Court for approval.

IT IS SO ORDERED this 31st day of January, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE