IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, ex rel.
JOHN THOMAS,
Plaintiffs,

v.   No. 4:06-CV-000465 JLH

BLACKSTONE MEDICAL, INC.;
MICHAEL M. BAILEY;
BAILEY MANAGEMENT GROUP, INC.;
FOUNDATION FOR ORTHOPEDIC AND SPINE
EDUCATION AND RESEARCH;
INNOVATIVE HEALTH SOLUTIONS, INC.;
MOTIONTEK, INC.;
OMNI360, LLC; and
OMNI360 MANAGEMENT, INC.,
Defendants.

### STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the parties in this action have agreed on the terms of a settlement agreement; and

WHEREAS, the United States has reviewed and not objected to the terms of such settlement agreement; and

WHEREAS, this Court has reviewed and consents to the terms of such settlement agreement; it is hereby

ORDERED that the Third Amended Complaint is hereby DISMISSED. The dismissal shall be WITH PREJUDICE as to the Relator; WITH PREJUDICE to the United States as to all claims in the Third Amended Complaint that are based on the submission of Medicare Part B or Medicaid claims by, or on behalf of, Dr. Patrick Chan, Dr. Richard Jordan, or Geffrey Yielding,

from 2001-2006; and WITHOUT PREJUDICE to the United States as to any other claims. Parties to bear their own costs except as provided in the settlement agreement. The Court retains jurisdiction for a period of 60 days for purposes of any disputes related to the execution of the settlement agreement.

Dated: Oct. 14, 2011

J. Leon Holmes
United States District Judge

CONSENTED TO BY:

Date: 9-19-11

Michael W. Mitchell
Counsel for the Relator John Thomas

Date: 10-13-11

David M. Donovan
Counsel for Blackstone

Date: 9/19/11

Charles A. Banks
Counsel for the Bailey Defendants